**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LICEA, | Case No. EDCV 20-2004 PA (AFMx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| QUICKSTART LEARNING, INC., | |
| Defendant. | |

     In accordance with the Court's October 19, 2020 Minute Order dismissing the action filed by plaintiff Luis Licea ("Plaintiff") for lack of subject matter jurisdiction, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed without prejudice.

  DATED: October 19, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE